Mary Cochenour
Emily T. Qiu
Earthjustice
1716 W. Babcock St.
P.O. Box 4743
Bozeman, MT 59772-4743
Phone: (406) 586-9699
Fax: (406) 586-9695
mcochenour@earthjustice.org
eqiu@earthjustice.org

*Attorneys for Intervenor-Defendants
Tribes and Conservation Organizations*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| STATE OF MONTANA, *et al.*, | Case No. 1:24-cv-00180-BMM |
| Plaintiffs, | |
| v. | **NOTICE OF INTERVENOR-DEFENDANTS TRIBES' AND CONSERVATION ORGANIZATIONS' POSITIONS ON OTHER PARTIES' PENDING MOTIONS** |
| DOUG BURGUM, in his official Capacity as U.S. Secretary of the Interior, *et al.*, | |
| Defendants; | |
| COTTONWOOD ENVIRONMENTAL LAW CENTER, | |
| Intervenor-Defendant; | |
| and, | |
| FORT PECK ASSINIBOINE AND SIOUX TRIBES, | |
| Intervenor-Defendants, | |
| and, | |
| DEFENDERS OF WILDLIFE, *et al.*, | |
| Intervenor-Defendants. | |

Intervenor-Defendants Fort Peck Assiniboine and Sioux Tribes and Defenders of Wildlife, *et al.*, hereby notify the Court that they take **no position** on the following motions currently pending before the Court:

**Doc. 13**: Cottonwood Environmental Law Center's (Cottonwood) Motion to Intervene (February 18, 2025)

**Doc. 16**: Cottonwood's Motion to Join USDA-Animal & Plant Health Inspection Service and the U.S. Forest Service as Necessary Parties under Rule 19 (February 18, 2025)

**Doc. 18**: Cottonwood's Motion to Stay Proceedings (February 18, 2025)

**Doc. 21**: Plaintiffs State of Montana, by and through its Governor, Montana Department of Livestock, and Montana Department of Fish, Wildlife and Parks' Motion to Strike or Deny Proposed Intervenors' [Cottonwood] Motion to Intervene (Doc. 13), Answer (Doc. 15), Motion to Join (Doc. 16), and Motion to Stay (Doc. 18) (February 20, 2025)

**Doc. 23**: Federal Defendants' Motion to Strike Filings by Non-Parties [Cottonwood] (February 20, 2025)

Respectfully submitted this 24th day of March, 2025.

/s/ Emily T. Qiu
_____
Emily T. Qiu
Mary Cochenour
Earthjustice
1716 W. Babcock St.
P.O. Box 4743
Bozeman, MT 59772-4743
Phone: (406) 586-9699
Fax: (406) 586-9695
eqiu@earthjustice.org
mcochenour@earthjustice.org

*Attorneys for Intervenor-Defendants Tribes and Conservation Organizations*