Case 1:24-cv-00180-BMM   Document 56   Filed 03/24/25   Page 1 of 3

ROMNEY PHILPOTT (CO Bar No. 35112)
Senior Trial Attorney
999 18th St. #370
Denver, CO 80202
MICHELLE RAMUS (DC Bar No. 1617481)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (303) 844-1810 (Philpott)
        (202) 514-2598 (Ramus)
Romney.Philpott@usdoj.gov
Michelle.Ramus@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| STATE OF MONTANA, *et al.*, ) | |
| ) | Case No. 1:25cv-00180-BMM |
| *Plaintiffs*, ) | |
| ) | **NOTICE OF FILING OF** |
| ) | **FEDERAL DEFENDANTS'** |
| v. ) | **MOTION FOR REASSIGNMENT** |
| Doug Burgum, *in his official* ) | **OF Case NO. CV 25-12-BLG-** |
| *Capacity as U.S. Secretary of the* ) | **DWM TO JUDGE MORRIS** |
| *Interior, et al.*; ) | |
| ) | Administrative Procedure Act Case |
| *Defendants*. ) | 5 U.S.C. §§ 701 *et seq.* |

Doug Burgum, in his official capacity as U.S. Secretary of the Interior; the

United States Department of the Interior ("Interior"); Jessica Bowron, in her

official capacity to exercise the authority of the National Park Service Director; the

National Park Service ("NPS"); and Cam Sholly, in his official capacity as

Superintendent of Yellowstone National Park (collectively, "Federal Defendants"), hereby provide notice that they have filed a motion in *Alliance for the Wild Rockies, et al., v. Hammond, et al.*, Case No. CV 25-12-BLG-DWM, to reassign that case to the presiding judge in this case to promote judicial efficiency and to reduce the risk of inconsistent rulings, because the two cases are challenging the same federal action (NPS's adoption of the Yellowstone National Park Bison Management Plan ("NPS Bison Plan")) and assert violations of the same statute (the National Environmental Policy Act ("NEPA")).

Respectfully submitted on this 24th day of March, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

ROMNEY PHILPOTT (CO Bar No. 35112)
Senior Trial Attorney

*/s/ Michelle Ramus*
MICHELLE RAMUS
(DC Bar No. 1617481)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2598
Michelle.Ramus@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Defendants and Proposed Intervenors via CM/ECF electronic notice.

　　　　　　　　　　　　　　　　　*/s/ Michelle Ramus*_____
　　　　　　　　　　　　　　　　　MICHELLE RAMUS
　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　　*Attorney for Defendants*