IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STATE OF MONTANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, *in his official capacity as U.S. Secretary of the Inheritor*, et al., <br><br> Defendants. | CV-24-180-GF-BMM <br><br> **ORDER** |

Defendants Confederate Tribes and Bands of the Yakama Nation and Confederated Salish and Kootenai Tribes (Defendants) have moved for an order allowing Nicholas J. Kahmann, Anthony Aronica, Andrea R. Brown and Joseph R. Pitt (Pro Hac applicants) to appear in this case with John T. Harrison, Esq., designated as local counsel. (Docs. 75, 76 77 and 78.) The application of the Pro Hac Applicants appears to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

Defendants' motions to allow the Pro Hac Applicants to appear in this Court (Docs. 75, 76, 77 and 78) are **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Pro Hac Applicants must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Pro Hac Applicants shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to the Pro Hac Applicants, not the law firm they work for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

The Pro Hac Applicants must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 6th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Court