IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STATE OF MONTANA, BY AND THROUGH ITS GOVERNOR, MONTANA DEPARTMENT OF LIVESTOCK AND MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>  Plaintiff,<br><br> v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>  Defendants. | Case No. CV-24-180-BMM |
| ALLIANCE FOR THE WILD ROCKIES, and COUNCIL ON FISH & WILDLIFE,<br><br>  Plaintiffs,<br><br> v.<br><br>KATHERINE HAMMOND, National Park Service Regional Director for Interior Regions 6, 7, and 8, *et al.*,<br><br>  Defendants. | Case No. CV-25-12-BMM<br><br>ORDER FOR CLARIFICATION FROM INTERVENOR DEFENDANT COTTONWOOD ENVIRONMENTAL LAW CENTER |

1

      On November 13, 2025, Intervenor Defendant Cottonwood Environmental Law Center filed Submission of Proposed Summons as to All Defendants, along with Errata NPS SUMMONS, # 2 Errata DOI SUMMONS, # 3 Errata NPS SUMMONS, # 4 Errata SHOLLY SUMMONS. (Doc. 96-1-4.)

      Accordingly, IT IS HEREBY ORDERED that Intervenor Defendant Cottonwood Environmental Law Center will file a notice with the Court on or before November 21, 2025, clarifying its intentions for the Errata Summonses.

      DATED this 14th day of November 2025.

_____
Brian Morris
United States District Court Judge