**Conversation with Sup Cam Sholly ((202) 641-▮▮▮▮)**

**Show messages in dates 5/1/2023 to 6/1/2023**

---

5/6/2023

---

MMS - Received on 5/6/2023 at 9:29 PM from Sup Cam Sholly (+1202641▮▮▮ .

**SS**

Last one. AUM model was applied to bison and the number came out to 8,000-10,000 bison. That's inside the boundary in spring/summer conditions. Obviously there isn't habitat for that many in the winter outside the park. Here is what we've done. We've lowered the low end of each alternative to 3,500. That is basically the post calving IBMP number. You wanted each alternative tied to the IBMP, they are now. The upper-end population numbers are: alt 1 is 5,000, alt 2 is 6,000, and alt 3 is 7,000. So we came down from the park's carrying capacity of 10,000. I can't be pre-decisional, but we're going to likely land in a moderate range of 3,500-6000. These are numbers we've managed successfully over the past 10-years. Right now, without winter kill we're down to 4400. I'll commit to continuing to work with the state to reduce risk of brucellosis, no bison into paradise valley, etc. We're not blowing the doors off this thing. Basically saying we're keeping the same population parameters we've been at over the past decade and working together to achieve them in the future. Remember the 3,000 isn't a court order and it's basically a bs number we haven't been at for a long time. You can't go to 8k. I can't go to 3k. You ask what stops us from going higher? We had a good test this winter. Over 6k and we likely would have had a major starvation situation. For the health of the population, we shouldn't go above that number unless you decide to expand tolerance sometime. I can say that while also acknowledging the risks of bison getting into paradise valley. Basically we're just solidifying where we've been and committing to achieving the same IBMP objectives we've worked on in the past. Remember, last year we had 5,500 bison and less than 100 migrated out. These migrations are more about how heavy the winter is. In the 96/97 winter they had 3200 bison and dropped the population by 50%. That can't happen again. This plan also gives us additional options for controlling the population. Anyhow, let's just work this out and land where we've been. I don't want to argue with you in front of a cast of thousands.

MMS - Received on 5/6/2023 at 9:05 PM from Sup Cam Sholly (+1202641▮▮▮).

**SS**

Your comments about bison and brucellosis, You're over your elk population substantially statewide and way over in 313 (your data). 32 cases of brucellosis transmission from elk to

**EXHIBIT 1**

cattle since 1998 and you're talking about bison being the primary threat? Probably the reason the National Academy of Sciences said a vaccine program is a waste of time unless the state deals with elk. About 5% of elk in the park have brucellosis versus up to 30% in paradise valley where they're interacting directly with cattle regularly. Continued

MMS - Received on 5/6/2023 at 8:57 PM from Sup Cam Sholly (+1202641███).

**SS**

As far as 3,000, it was a political compromise. Racicot and the Supt basically split the middle and landed on 3,000. That number was to prevent large numbers of bison from migrating out because there were 400-500 cattle in the Gardiner Basin. We were over 5,000 as early as 2005. We've been over 5000 on average for the past 10-years, still with no brucellosis transmission because we've managed the interface successfully. You said you were thinking about litigating if we didn't go back to 3,000. Litigation is a lose lose for you and me. Good chance you lose. If you win, congrats, you get a court order to take the population down to a level it hasn't been since 2001. Court order protects me from the public and tribes but it's going to be unnecessarily bad for the state. Even if I agreed with you, and put out alternatives to go back to 3,000, I'd immediately get litigated by multiple environmental groups and get my own science and 20+ years of decision making (including State decision making) used against me. Continued.

MMS - Received on 5/6/2023 at 8:47 PM from Sup Cam Sholly (+1202641███).

**SS**

Hey Governor. Hope all is well. I see you've invited quite a few people to the meeting on the 17th. I think it's important that this doesn't become a meeting about our differences. I'm here to support you and think you're doing a great job on many fronts. So pardon my frankness about the advice you're getting on this issue. I look at the letter you sent the secretary and wonder who the hell wrote that for you? You said that DOI and Montana "worked hand-in-hand" on the original IBMP. Nothing could be further from the truth. In 1998, after the lawsuit was filed, DOI pulled out of the agreement which triggered a dismissal of the lawsuit. At the last minute, a mediation was agreed to. Despite some agreements in a few areas, NPS did its own EIS without the state. And the state did its own EIS without NPS. So the notion that this was a joint agreement is total bs. It did end up with two EIS's that had similar alternatives, but this wasn't some joint exercise. Continued.

Conversation saved by Droid Transfer on 3/10/2026.

**EXHIBIT 1**