Anita Y. Milanovich (MSB #12176)
Rachel K. Meredith (MSB #11552)
Office of the Governor
1301 E. 6th Avenue
PO Box 200801
Helena, MT 59620-0801
Phone: (406) 444-5503
Email: anita.milanovich@mt.gov
rachel.meredith@mt.gov
*Counsel for Plaintiff*

Jeffrey M. Hindoien (MSB #4101)
Chief Legal Counsel
Montana Department of Fish, Wildlife and Parks
1420 E. 6th Avenue
PO Box 200701
Helena, MT 59620-0701
Phone: (406) 594-0539
Email: Jeff.Hindoien@mt.gov
*Counsel for Plaintiff*

Lindsey Simon (MSB #34338757)
Legal Counsel
Montana Department of Livestock
PO Box 202001
Helena, MT 59620-2001
Phone: (406) 444-7631
Email: lindsey.simon3@mt.gov
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

STATE OF MONTANA, BY AND THROUGH ITS GOVERNOR, *et al.*,

Plaintiff,

v.

DOUG BURGUM, in his official capacity as Secretary, U.S. Department of the Interior, *et al.,*

Defendants.

Case No. CV-24-180-BLG-BMM

**PLAINTIFF AND FEDERAL DEFENDANTS' MOTION SEEKING VOLUNTARY DISMISSAL OF ALL CLAIMS, WITHOUT PREJUDICE, BY COURT ORDER PURSUANT TO RULE 41(a)(2)**

Plaintiff State of Montana (Montana) and Defendants Secretary Burgum, *et al.* (Federal Defendants) file this joint motion for voluntary dismissal, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Counsel for Montana and Federal Defendants have conferred with counsel for intervenors regarding this motion. Counsel for Intervenors Northwest Tribes has stated that the Northwest Tribes do not oppose the motion. Counsel for Intervenors Fort Peck Assiniboine and Sioux Tribes, Defenders of Wildlife, Greater Yellowstone Coalition, National Parks Conservation Association, and Park County Environmental Council has stated they do not oppose the motion. At the time of filing, no position has been received from Intervenor Cottonwood Environmental Law Center.

RESPECTFULLY SUBMITTED this 14th day of September, 2026.

By: /s/ Rachel K. Meredith

Rachel K. Meredith (MSB #11552)
Office of the Governor
1301 E. 6th Ave.
PO Box 200801
Helena, MT 59620-0801
Phone: 406-444-5503
Email: rachel.meredith@mt.gov
*Attorney for Plaintiff*

By:/s/ Michelle Nkeng

Michelle Nkeng
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box. 7611
Washington, D.C. 200044-7611
*Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties via CM/ECF electronic notice.

/s/ Rachel K. Meredith
Rachel K. Meredith